**\*E-FILED 05-31-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LAI, | No. C11-00904 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| REBELLO'S TOWING SERVICES, INC., | [Re: Docket No. 16] |
| Defendant. | |

Plaintiff's request to appear by phone at the May 31, 2011 initial case management conference is granted. Plaintiff's counsel shall initiate the call to the court via CourtCall, 866-582-6878.

SO ORDERED.

Dated: May 31, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-00904-HRL Notice has been electronically mailed to:

2  Alan Adelman     alan@alanadelmanlaw.com

3  Gates Eisenhart Dawson     jld@gedlaw.com, mae@gedlaw.com, sharlene@gedlaw.com

4  Marc Alan Eisenhart     mae@gedlaw.com, anita@gedlaw.com

5  Nicholas Garrett Emanuel     nge@gedlaw.com, sharlene@gedlaw.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California