*E-FILED: June 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LAI,<br>      Plaintiff,<br>  v.<br>REBELLO'S TOWING SERVICES, INC.,<br>      Defendant.<br>_____/ | No. C11-00904 HRL<br><br>**ORDER TO SHOW CAUSE** |

      This matter is set for a final pretrial conference on June 12, 2012, 1:30 p.m. and for a jury trial starting on June 18, 2012. Neither side, however, has made any pretrial filings required by the court's Standing Order re Pretrial Preparation, and the deadlines for filing such papers have passed.[1] Additionally, there is no indication that the parties have arranged for a settlement conference with Magistrate Judge Grewal, as directed in the court's Case Management Order (Dkt. No. 20).

      Accordingly, the scheduled final pretrial conference and trial dates are vacated. The court will instead hold a **hearing on June 12, 2012, 1:30 p.m.** (i.e., the date and time originally set for the final pretrial conference) at which time lead counsel for the parties shall appear in

---

[1] The parties were reminded of their obligation to comply with the undersigned's Standing Order re Pretrial Preparation in both the May 31, 2011 Case Management Order (Dkt. No. 20) and the March 8, 2012 Order Continuing Final Pretrial Conference and Trial (Dkt. No. 23).

person and show cause why this case should not be dismissed. Assuming the case has not settled, the parties shall show cause why they should not be sanctioned for failure to comply with the court's orders.

SO ORDERED.

Dated: June 6, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:11-cv-00904-HRL Notice has been electronically mailed to:

Alan Adelman     alan@alanadelmanlaw.com

Gates Eisenhart Dawson     jld@gedlaw.com, mae@gedlaw.com, sharlene@gedlaw.com

Marc Alan Eisenhart     mae@gedlaw.com, anita@gedlaw.com

Nicholas Garrett Emanuel     nge@gedlaw.com, sharlene@gedlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.