*E-FILED: June 7, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT LAI,

    Plaintiff,

v.

REBELLO'S TOWING SERVICES, INC.,

    Defendant.

_____/

No. C11-00904 HRL

**ORDER VACATING SHOW CAUSE HEARING**

On June 6, 2012, the court issued an order directing the parties to show cause why this case should not be dismissed. The parties advise that this case has settled, and they have stipulated to dismissal of this action with prejudice. Accordingly, the court's June 6, 2012 show cause order is discharged, and the June 12, 2012 hearing is vacated. The clerk shall close this file.

SO ORDERED.

Dated: June 7, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:11-cv-00904-HRL Notice has been electronically mailed to:

2  Alan Adelman     alan@alanadelmanlaw.com

3  Gates Eisenhart Dawson     jld@gedlaw.com, mae@gedlaw.com, sharlene@gedlaw.com

4  Marc Alan Eisenhart     mae@gedlaw.com, anita@gedlaw.com

5  Nicholas Garrett Emanuel     nge@gedlaw.com, sharlene@gedlaw.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.